# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TIA I. WABAUNSEE,**<br><br>Defendant. | 9:14-po-5055-JCL<br><br>**ORDER**<br><br>Violation No. 1776870<br><br>Location Code:  NBRM |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to pardon Tia Wabaunsee, expunge her conviction and dismiss the case with prejudice, pursuant to President Biden's Proclamation 10467, Violation Notice 1776870 is GRANTED.  The defendant shall forfeit any fine payments made, but no further payments are required.

DATED this 21st day of March, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge